**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MCGARRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZIMMER, INC. and ZIMMER US, INC.,<br><br>　　　　Defendants.. | Case No. 4:13-cv-05104 PJH (NC)<br><br>**ORDER REGARDING FURTHER SETTLEMENT CONFERENCE** |

Magistrate Judge Cousins is available for a further settlement conference in this case. By December 10, 2014, the parties must jointly report by email to ncpo@cand.uscourts.gov whether they would like to schedule a further conference to take place by February 12, 2015. If the parties request a conference, they should propose their preferred dates.

**IT IS SO ORDERED.**

Dated: November 26, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge