UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN MCGARRY,

      Plaintiff(s),

v.

ZIMMER, INC., et al.,

      Defendant(s).
_____/

No. C 13-5104 PJH

**AMENDED CASE MANAGEMENT SCHEDULE**

This order modifies the pretrial schedule found in the February 28, 2014 pretrial order:

**PRETRIAL SCHEDULE**

TRIAL DATE: Monday, **December 7, 2015**, at 8:30 a.m., Courtroom 3, 3rd Fl.
    JURY [x]    COURT []

TRIAL LENGTH: No more than **8** days.

PRETRIAL CONFERENCE DATE: **November 19, 2015**, at 2:00 p.m.

DISPOSITIVE MOTIONS (Only one summary judgment motion per party is permitted without leave of court) TO BE HEARD BY: **July 22, 2015**, at 9:00 a.m.

NON-EXPERT DISCOVERY CUTOFF: **March 10, 2015**.

DISCLOSURE OF EXPERTS (retained and non-retained):
**Plaintiff: 2/27/15; Defendant : 3/30/15.**

EXPERT DISCOVERY CUTOFF: **May 26, 2015**.

IT IS SO ORDERED.

Dated: December 9, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

1